IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br>**1 East Broward Boulevard, Suite 700**<br>**Ft. Lauderdale, FL 33301** | * * * | |
| Plaintiff, | * | Case No: 1:22-cv-35 |
| v. | * | PATENT CASE |
| **GLOBAL TRACKING GROUP, LLC,**<br>**9693 Gerwig Lane, Suite H**<br>**Columbia, MD 21046**<br>**Howard County** | * * * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff, Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") files this Complaint against Global Tracking Group, LLC ("Defendant" or "GTG") for infringement of United States Patent No. 9,261,365 (hereinafter "the '365 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware limited liability company with its principal office located at 9693 Gerwig Ln, Ste H, Columbia, Maryland, 21046. On information and belief, Defendant may be served through its agent, Kenneth Barksdale, 20501 Bordly Court, Brookeville MD 20833-2118.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities, which are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District.  Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,261,365)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States, and, in particular, under 35 U.S.C. § 271, *et seq*.

10. Plaintiff is the owner by assignment of the '365 Patent with sole rights to enforce the '365 Patent and sue infringers.

11. A copy of the '365 Patent, titled "Device, System and Method for Remotely

Entering, Storing and Sharing Addresses for a Positional Information Device," is attached hereto as Exhibit A and by this reference fully incorporated herein.

12. The '365 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1 of the '365 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product (defined below)), importing, selling, and/or offering for sale associated hardware and software for asset locating services (e.g., Global Tracking Group asset tracking platform, and any associated hardware, apps, or other software, or "Product") covered by at least Claim 1 of the '365 Patent. Defendant has infringed and continues to infringe the '365 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14. Product provides an asset tracking system for real-time GPS tracking of assets. A user can receive location information on a positional information device (e.g., mobile device or computer). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=voMa7JLyR_8



Source: https://www.globaltrackinggroup.com/product/ubi-obdii-79-95-and-service-for-24-99-month1yr-or-19-99-month2yr-agreement/

15.     The Product's software sends a request from a first (requesting) positional information device (e.g., mobile device or desktop with software installed) to a server.  The request is for the real-time location (e.g., stored address) of an asset, and includes a first identifier of the requesting positional information device (e.g., user ID and password for the Product's software used in the particular enterprise).  The request is sent to the Product's server for

transmitting the asset location. The server receives the at least one address from a second (sending) positional information device at the asset. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

> Global Tracking Group offers one of the smallest, most economical and powerful wireless mobile tracking devices available today. It allows for complete flexibility in customizing a mobile tracking application. This device combines GPS technology with GSM GPRS technology for real-time tracking, polling, and security to meet fleet management and executive security requirements. Contact Global Tracking Group for custom pre-set tracking frequencies and plans tailored to fit your tracking needs.

Source: https://www.globaltrackinggroup.com/gps-fleet-tracking/

> **Global Tracking Group for Windows Mobile User Interface**
>
> Note: The Client for Windows Mobile application is only used for Status, closing the application will not stop the device from sending location data to the server. The application will run indefinitely until completely removed from the mobile device.

Source: http://www.globaltrackinggroup.com/pdf/GTG_InstallationGuide.pdf

> The Global Positioning System (GPS) is made up of 27 Earth-orbiting satellites. These satellites are equipped with atomic clocks that send radio signals of their location. When the GPS receiver (UBI-7K) locks on to four or more of these satellites, it triangulates the position of the receiver using the coordinates of the satellites. The device receives updated position information every 3 to 5 seconds.

Source: https://www.globaltrackinggroup.com/support/



Source: http://www.globaltrackinggroup.com/logon_mapping.html

16. At least one address is received from the server at the requesting positional information device. For example the Product's server transmits the position of an asset (at least one address) to the requesting positional information device. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

> The Global Positioning System (GPS) is made up of 27 Earth-orbiting satellites. These satellites are equipped with atomic clocks that send radio signals of their location. When the GPS receiver (UBI-7K) locks on to four or more of these satellites, it triangulates the position of the receiver using the coordinates of the satellites. The device receives updated position information every 3 to 5 seconds.

Source: https://www.globaltrackinggroup.com/support/

> A "Real-time system like the one we offer utilizes wireless networks to allow you to receive the UBI-7K location within seconds of its actual location. This data can include speed, direction and altitude as well. "Passive" systems are typically limited to vehicle tracking only and once installed, must be physically downloaded daily in order to access the stored tracking information. Real time tracking has become the standard for companies or individuals who wish to use GPS location devices for tracking all sorts of assets.

Source: https://www.globaltrackinggroup.com/support/

> **Global Tracking Group for Windows Mobile User Interface**
>
> Note: The Client for Windows Mobile application is only used for Status, closing the application will not stop the device from sending location data to the server. The application will run indefinitely until completely removed from the mobile device.

Source: http://www.globaltrackinggroup.com/pdf/GTG_InstallationGuide.pdf

17. A second identifier for the second (sending) positional information device is determined based on the first identifier and the server retrieves the at least one address stored in the at least one sending positional information device. The Product's application installed on the requesting positional information device requests (from the server) the asset's GPS location (i.e., at least one stored address stored). As shown above, before activating the tracker (i.e., the sending positional information device), a unique tracking device's ID number or credentials (i.e., second identifier) needs to be added to the user's account identified by the user login ID and password (i.e., the first identifier). Hence, the tracker device's ID number or asset credentials (i.e., second identifier) is mapped to the user's login ID (i.e., the first identifier) for tracking the real-time location (i.e., at least one stored address stored) of the asset. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.globaltrackinggroup.com/PDF/MappingUserGuide_05022014.pdf

> Global Tracking Group offers one of the smallest, most economical and powerful wireless mobile tracking devices available today. It allows for complete flexibility in customizing a mobile tracking application. This device combines GPS technology with GSM GPRS technology for real-time tracking, polling, and security to meet fleet management and executive security requirements. Contact Global Tracking Group for custom pre-set tracking frequencies and plans tailored to fit your tracking needs.

Source: https://www.globaltrackinggroup.com/gps-fleet-tracking/



18. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

19. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

20. Plaintiff is in compliance with 35 U.S.C. § 287.

## JURY DEMAND

21. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,261,365 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: January 7, 2022						Respectfully submitted,

							/s/ Vincent Z. Viruni, Esq.
							Vincent Z. Viruni, Esq. (20414)
							Viruni | Law
							100 International Drive, 23rd Floor
							Baltimore, MD 21202
							Phone: (410) 989 – 7989
							Fax: (443) 408 – 4707
							vviruni@virunilaw.com
							*Attorney for Plaintiff*