IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | * | |
| Plaintiff, | * | Case No.: 1:22-cv-00035-ELH |
| v. | * | Patent Case |
| GLOBAL TRACKING GROUP, LLC, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") files this *Notice of Voluntary Dismissal Without Prejudice* under Rule 41(a)(1)(A)(i).  Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without order of court by filing a notice of dismissal any time before the adverse party serves an answer.  Accordingly, Plaintiff voluntarily dismisses this proceeding against Defendant Global Tracking Group, LLC without prejudice pursuant to Rule 41(a)(1)(A)(i), with each party to bear their own costs and attorney's fees.

Dated: April 22, 2022                    Respectfully submitted,

                                         s/ Vincent Z. Viruni, Esq.
                                         Vincent Z. Viruni, Esq. (20414)
                                         Viruni | Law
                                         100 International Drive, 23rd Floor
                                         Baltimore, MD 21202
                                         Phone: (410) 989 – 7989
                                         Fax: (443) 408 – 4707
                                         vviruni@virunilaw.com
                                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing document has been filed electronically on the 22nd day of April, 2022.  Notice of this filing will be sent to the following parties by operation of this Honorable Court's CM/ECF filing system.  Parties may access this filing through this Honorable Court's CM/ECF filing system.

I HEREBY FURTHER CERTIFY a true copy of the foregoing document was served on the following party via email and First Class, U.S. Mail (certified), and postage prepaid on the 22nd day of April, 2022, properly addressed as follows:

    Kenneth P. Barksdale, President/Owner
    Global Tracking Group, LLC
    947 Sperry Way
    Sykesville, MD 21784
    (301) 655 – 2086
    kbarksdale@globaltrackinggroup.com
    *Pro Se Defendant*

                                         /s/ Vincent Z. Viruni, Esq.
                                         Vincent Z. Viruni, Esq. (20414)
                                         Viruni | Law
                                         100 International Drive, 23rd Floor
                                         Baltimore, MD 21202
                                         Phone: (410) 989 – 7989
                                         Fax: (443) 408 – 4707
                                         vviruni@virunilaw.com
                                         *Counsel for Plaintiff*