IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | * | |
| Plaintiff, | * | Case No.: 1:22-cv-00035-ELH |
| v. | * | Patent Case |
| GLOBAL TRACKING GROUP, LLC, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

~~[proposed]~~ ORDER OF DISMISSAL

On this **22nd** day of **April**, 2022, upon consideration of *Notice of Voluntary Dismissal Without Prejudice* filed by Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS"), by and through its counsel, Vince Viruni, Esq., it is ORDERED:

*Notice of Voluntary Dismissal Without Prejudice* is **GRANTED** in all respects and Plaintiff's claims against Defendant Global Tracking Group, LLC in this action are dismissed without prejudice, with each party to bear their own costs and attorney's fees.

*/s/ Ellen L. Hollander*
Honorable Ellen L. Hollander, Senior District Judge
United States District Court for the District of Maryland